No. 396. GEORGE F. WILLETT ET AL. v. ROBERT F. HER-RICK ET AL. October 31, 1927. Petition for a writ of certiorari to the Superior Court for the County of Norfolk, State of Massachusetts, denied. *Messrs. Sherman L. Whipple, Joseph Wiggin* and *Boyd B. Jones* for petitioners. *Messrs. Thomas Hunt, Malcolm Donald, Lowell A. Mayberry, George L. Mayberry, Hugh D. McLellan, John T. Noonan* and *Robert Cutler* for respondents.

No. 397. UNION BANK AND TRUST COMPANY OF HELENA, MONTANA, v. LESTER H. LOBLE, TRUSTEE. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. M. S. Gunn* for petitioner. *Mr. H. G. McIntire* for respondent.

No. 398. JACOB WOITTE ET AL. v. UNITED STATES. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. H. C. Faulkner* for petitioners. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States.

No. 402. JOSEPHINE H. PLANE v. WALTER E. CARR, DISTRICT DIRECTOR OF IMMIGRATION. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Roger O'Donnell* and *J. Edward Keating* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for respondent.

No. 405. FRED LUDWIG, ALFRED A. GOTSHALL, AND LELAND L. MORRIS, PARTNERS, v. W. S. RAYDURE, A PARTNERSHIP, ET AL. October 31, 1927. Petition for a writ